UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JaM Cellars, Inc.,

                 Plaintiff(s)

v.

The Wine Group LLC,

                 Defendant(s)

CASE No C 4:19-cv-01878-HSG

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☒ **Mediation** (ADR L.R. 6)
- ☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)
- ☐ **Private ADR** (*specify process and provider*)

The parties agree to hold the ADR session by:

- ☒ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*
- ☐ other requested deadline:

Date: June 25, 2019      /s/ J. Scott Gerien
                                  Attorney for Plaintiff

Date: June 25, 2019      /s/ Gregory Gilchrist
                                  Attorney for Defendant

X    IT IS SO ORDERED.
☐    IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE: 6/28/2019

                         *[signature: Haywood S. Gilliam Jr.]*
                         U.S. DISTRICT JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."

Form ADR-Stip rev. 1-15-2019