KILPATRICK TOWNSEND & STOCKTON LLP
GREGORY S. GILCHRIST (State Bar No. 111536)
ggilchrist@kilpatricktownsend.com
SOPHY MANES (State Bar No. 287583)
smanes@kilpatricktownsend.com
Two Embarcadero Center, Suite 1900
San Francisco, CA 94111
Telephone: 415 576 0200
Facsimile: 415 576 0300

Attorneys for Defendant/Counterclaimant
THE WINE GROUP LLC

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| JAM CELLARS, INC., | Civil Action No. Case No. 4:19-cv-01878-HSG |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING CASE DEADLINES** |
| v. | |
| THE WINE GROUP LLC, | Complaint Filed: April 8, 2019 |
| Defendant. | |
| AND RELATED COUNTERCLAIMS | **JURY TRIAL DEMANDED** |

Pursuant to Local Rules 6-2 and 7-12, Plaintiff and Counterdefendant JaM Cellars, Inc. ("JaM") and Defendant and Counterclaimant The Wine Group LLC ("TWG") (collectively the "Parties"), by and through their respective counsel of record, jointly stipulate and respectfully request that the Court extend the certain discovery deadlines, *without* moving the dispositive motion hearing deadline, pretrial conference, or trial dates in this case. In support of their request, the Parties state as follows:

On July 17, 2019, the Court issued a Scheduling Order (Dkt. 23). For good cause, as set forth in the accompanying declaration of Gregory Gilchrist, the parties need a brief extension of the discovery deadlines, as set forth in the table below, in order to complete discovery in an orderly manner. The parties stipulate to the proposed order changing these dates and believe the proposed order will obviate discovery disputes and, possibly, motions.

STIPULATION AND [PROPOSED] ORDER EXTENDING CASE DEADLINES - 1 -
CASE NO. 4:19-CV-01878-HSG

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through their respective undersigned counsel of record, to extend the case deadlines as follows:

| Event | Current Deadline | Proposed Revised Deadline |
|---|---|---|
| Close of Fact Discovery | 12/13/2019 | 1/15/2020 |
| Exchange Opening Expert Reports | 12/27/2019 | (unchanged) |
| Exchange Rebuttal Expert Reports | 1/10/2020 | 1/20/2020 |
| Close of Expert Discovery | 1/27/2020 | 1/31/2020 |
| Dispositive Motion Hearing Deadline | 3/12/2020 | (unchanged) |
| Pretrial Conference | 6/16/2020 | (unchanged) |
| 5-Day Jury Trial | 7/6/2020 | (unchanged) |

IT IS SO STIPULATED.

DATED: October 17, 2019   Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

By: */s/Gregory S. Gilchrist*
    GREGORY S. GILCHRIST

Attorneys for Defendant and Counterclaimant
The Wine Group LLC

DATED: October 17, 2019   Respectfully submitted,

DICKENSON, PEATMAN & FOGARTY

By: */s/J. Scott Gerien*
    J. SCOTT GERIEN

Attorneys for Plaintiff and Counterdefendant
JaM Cellars, Inc.

### FILER'S ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I, Gregory G. Gilchrist, attest that concurrence in the filing of this document has been obtained from the other signatory.

I declare under penalty of perjury under the laws of the United States that the foregoing is

true and correct.

Executed on October 17, 2019, at San Francisco, California.

　　　　　　　　　　　　　　　　　/s/Gregory S. Gilchrist
　　　　　　　　　　　　　　　　　Gregory S. Gilchrist

## **DECLARATION OF GREGORY GILCHRIST**

1.　　I am an attorney licensed to practice in State of California and am admitted to practice before this Court. I am a partner at the law firm of Kilpatrick Townsend & Stockton LLP, counsel for Defendant and Counterclaimant The Wine Group LLC ("TWG"). I have personal knowledge of the matters set forth in this declaration, and if called as a witness I would testify competently to those matters. I submit this declaration pursuant to Local Rule 6-2 and in support of Plaintiff JaM Cellars, Inc. ("JaM") and TWG's Stipulation to Extend Case Deadlines.

2.　　This is the first modification of any deadline in this case, whether by stipulation or Court order.

3.　　This modification will not affect the schedule for the case but for the identified discovery deadlines. The dispositive motion hearing deadline, pretrial conference, or trial dates remain unaltered.

4.　　JaM and TWG seek this stipulation in order to allow the parties sufficient time to complete discovery, including reviewing and producing documents responsive to discovery requests and taking depositions.

5.　　Upon receiving JaM's document requests, at my direction, TWG ran certain search terms in an effort to collect potentially responsive documents. I am told that those searches resulted in approximately 169 gigabytes of data. As Counsel for TWG, Sophy Manes and I, working with our IT support, have since narrowed and are testing the search terms in order to determine the best way to reasonably create a set of responsive documents. This process and review, accordingly, is taking longer for document production than provided in the rules, and TWG's production of documents to JaM will only just be starting about two weeks after written responses were due. We estimate that we will not have completed our production for another two

weeks. The Parties, thus, seek a brief continuance of related dates to accommodate the need to complete document production before other discovery occurs. The proposed changes to the close of fact discovery, exchange of rebuttal expert reports, and close of expert discovery deadlines will help ensure that deposition time is not wasted and disputes about production and depositions are avoided.

I hereby declare under the penalty of perjury under the laws of the United States that the foregoing statements are true and correct.

Executed in San Francisco, California on the 17th day of October, 2019.

By: */s/Gregory S. Gilchrist*
GREGORY S. GILCHRIST

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 18, 2019

_____
Honorable Haywood S. Gilliam, Jr.
United States District Judge