KILPATRICK TOWNSEND & STOCKTON LLP
GREGORY S. GILCHRIST (State Bar No. 111536)
ggilchrist@kilpatricktownsend.com
SOPHY MANES (State Bar No. 287583)
smanes@kilpatricktownsend.com
Two Embarcadero Center, Suite 1900
San Francisco, CA 94111
Telephone: 415 576 0200
Facsimile: 415 576 0300

Attorneys for Defendant/Counterclaimant
THE WINE GROUP LLC

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| JAM CELLARS, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE WINE GROUP LLC, <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS | Civil Action No. Case No. 4:19-cv-01878-HSG <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DATES THAT DO NOT AFFECT COURT DEADLINES** <br><br> Complaint Filed: April 8, 2019 <br><br> **JURY TRIAL DEMANDED** |

Pursuant to Local Rules 6-2 and 7-12, Plaintiff and Counterdefendant JaM Cellars, Inc. ("JaM") and Defendant and Counterclaimant The Wine Group LLC ("TWG") (collectively the "parties"), jointly stipulate and respectfully request that the Court extend certain deadlines so that discovery may be completed in an efficient matter. The proposed extensions will not affect any court-related dates, including the dispositive motion deadline, the pretrial conference or the trial. The current court dates are as follows:

| Event | Current Deadline | Proposed Revised Deadline |
|---|---|---|
| Dispositive Motion Hearing Deadline | 3/12/2020 | (unchanged) |
| Pretrial Conference | 6/16/2020 | (unchanged) |
| 5-Day Jury Trial | 7/6/2020 | (unchanged) |

Currently the close of discovery is January 15, 2020; close of expert discovery on January 27, 2020. Dkt. No. 30.

There is good cause for these proposed changes, to which the PARTIES HAVE STIPULATED AND AGREED as follows:

(a) A witness for JaM, Sarah Montague, has had to travel to London after her planned holiday vacation. Her mother is ill and she cannot make specific plans at this point to return to California. Because her deposition will likely permit The Wine Group's counsel to avoid duplication in other depositions, the parties have agreed to also postpone the conclusion of the deposition of JaM's CEO, John Truchard, and a 30(b)(6) deposition for which JaM likely would designate Ms. Montague to answer in part and Mr. Truchard in other parts. The parties agree that these depositions will be completed by April 1, 2020 (unless the designated witness in response to any topics is JaM's damages expert, in which case those topics will be addressed when his deposition is taken). In the event Ms. Montague remains unavailable through April 1, 2020, the parties will meet and confer about how to proceed and report to the court;

(b) The parties are in process of resolving, and believe that they will be able to resolve, by stipulation certain issues relating to a 30(b)(6) deposition served by JaM on TWG. If the parties are not able to resolve the issues, they agree that a TWG witness will be produced by January 31, 2020 to respond to the topics in the notice (unless TWG's damages expert is designated on any topics, in which case those topics will be addressed when his deposition is taken).

(c) The parties have designated expert witnesses to address damages. Because this testimony will not affect any potential dispositive motions, the parties have agreed that it may avoid duplication and be more economical to conduct expert damages discovery closer to trial and after any dispositive motions are heard. Accordingly, the parties agree to extend the dates so that the damages experts may make and serve any revisions to their disclosures by April 1, 2020; any damages rebuttal disclosures by April 15, 2020; and that damages expert discovery will close on April 30, 2020.

IT IS SO STIPULATED.

DATED: January 9, 2020    Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

By: */s/ Gregory S. Gilchrist*
    GREGORY S. GILCHRIST

Attorneys for Defendant and Counterclaimant
The Wine Group LLC

DATED: January 9, 2020    Respectfully submitted,

DICKENSON, PEATMAN & FOGARTY

By: */s/ J. Scott Gerien*
    J. SCOTT GERIEN

Attorneys for Plaintiff and Counterdefendant
JaM Cellars, Inc.

## FILER'S ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I, Gregory G. Gilchrist, attest that concurrence in the filing of this document has been obtained from the other signatory.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on January 9, 2020, at San Francisco, California.

*/s/ Gregory S. Gilchrist*
GREGORY S. GILCHRIST

## DECLARATION OF GREGORY GILCHRIST

1.    I am an attorney licensed to practice in State of California and am admitted to practice before this Court. I am a partner at the law firm of Kilpatrick Townsend & Stockton LLP, counsel for Defendant and Counterclaimant The Wine Group LLC ("TWG"). I have personal knowledge of the matters set forth in this declaration, and if called as a witness I would testify competently to those matters. I submit this declaration pursuant to Local Rule 6-2 and in support

of Plaintiff JaM Cellars, Inc. ("JaM") and TWG's Stipulation and [Proposed] Order to Extend Dates That Do Not Affect Court Deadlines.

2. This is the second modification of the discovery deadlines in the case (see Dkt. No. 30).

3. The proposed modifications will not affect any court-related dates, including the dispositive motion deadline, the pretrial conference or the trial. The current court dates are as follows:

| Event | Current Deadline | Proposed Revised Deadline |
|---|---|---|
| Dispositive Motion Hearing Deadline | 3/12/2020 | (unchanged) |
| Pretrial Conference | 6/16/2020 | (unchanged) |
| 5-Day Jury Trial | 7/6/2020 | (unchanged) |

Currently the close of discovery is January 15, 2020; close of expert discovery on January 27, 2020. Dkt. No. 30.

4. As reported in the stipulated request to a limited extension of discovery deadlines, there is good cause for the request. The parties had anticipated being able to complete discovery prior to the January 15, 2020 deadline and had confirmed schedules to do so. Because of the illness of a party witness's parent, it made sense to postpone other outstanding depositions in order to accommodate the principal remaining JaM witness's need to be out of the country.

5. It also makes sense to permit the parties, to conclude their negotiations regarding a pending set of 30(b)(6) topics. If the parties can reach agreement on the language of a stipulation (they have exchanged drafts and are close), it would obviate the need for a deposition that would require significant car travel for JaM counsel and the witness. The parties are likely to resolve the issue by the current close of discovery, but due to the closeness of time and the need to identify witnesses and schedule the deposition, a two week extension would maximize the chance of avoiding the deposition.

6. The parties met and conferred and agreed that it would be most cost-effective to complete damages expert discovery (and any 30(b)(6) topics such witnesses may address) closer to trial and after any dispositive motions are required to be heard. The dates in the proposed Order

are agreeable to the parties.

7. The parties believe that all of the proposed changes are to address issues beyond their control or to maintain as much efficiency as possible. The proposed changes will not affect the Court's schedule.

I hereby declare under the penalty of perjury under the laws of the United States that the foregoing statements are true and correct.

Executed in San Francisco, California on the 9th day of January, 2020.

By: _____
GREGORY S. GILCHRIST

**[PROPOSED]** **ORDER**

Pursuant to stipulation, and good cause appearing, IT IS ORDERED THAT:

(a) The deadline for outstanding depositions of Sarah Montague, John Truchard, and a JaM Cellars, Inc. representative on topics noticed shall be complete by April 1, 2020 (or by April 30, 2020 for any topics on which JaM's damages expert is designated); if Ms. Montague remains unavailable, the parties will meet and confer about how best to proceed and will report to the court;

(b) The outstanding deposition of a representative witness from The Wine Group, Inc. on topics noticed shall be resolved by stipulation or be completed by no later than January 31, 2020 (or by April 30 for any topics on which TWG's damages expert is designated);

(c) The close of damages expert discovery shall be extended to April 30, 2020, with the parties to serve any supplemental disclosures by April 1, 2020 and any rebuttal disclosures by April 15, 2020.

Dated: January 10, 2020

_____
Honorable Haywood S. Gilliam, Jr.
United States District Judge