KILPATRICK TOWNSEND & STOCKTON LLP
GREGORY S. GILCHRIST (State Bar No. 111536)
ggilchrist@kilpatricktownsend.com
SOPHY MANES (State Bar No. 287583)
smanes@kilpatricktownsend.com
Two Embarcadero Center, Suite 1900
San Francisco, CA 94111
Telephone: 415 576 0200
Facsimile: 415 576 0300

Attorneys for Defendant/Counterclaimant
THE WINE GROUP LLC

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| JAM CELLARS, INC., | Civil Action No. Case No. 4:19-cv-01878-HSG |
|---|---|
| Plaintiff, | **SECOND JOINT STIPULATION AND ORDER TO EXTEND DATES THAT DO NOT AFFECT COURT DEADLINES** |
| v. | |
| THE WINE GROUP LLC, | |
| Defendant. | Complaint Filed: April 8, 2019 |
| AND RELATED COUNTERCLAIMS | **JURY TRIAL DEMANDED** |

Pursuant to Local Rules 6-2 and 7-12, Plaintiff and Counterdefendant JaM Cellars, Inc. ("JaM") and Defendant and Counterclaimant The Wine Group LLC ("TWG") (collectively the "Parties"), jointly stipulate and respectfully request that the Court extend the expert discovery deadline, without moving any of the court dates. The current dispositive motion hearing date, pretrial conference, or trial date in this case are as follows:

| Event | Current Deadline | Proposed Revised Deadline |
|---|---|---|
| Dispositive Motion Hearing Deadline | 3/12/2020 | (unchanged) |
| Pretrial Conference | 6/16/2020 | (unchanged) |
| 5-Day Jury Trial | 7/6/2020 | (unchanged) |

Currently the close of expert discovery—excluding damages expert discovery—is on January 31, 2020. Dkt. Nos. 30, 32. There is good cause to briefly extend this deadline, to which

SECOND JOINT STIPULATION AND ORDER TO EXTEND DATES - 1 -
CASE NO. 4:19-cv-01878-HSG

the PARTIES HAVE STIPULATED AND AGREED as follows:

(a) TWG's survey expert, Dr. David Neal, was traveling out of the country and an upcoming trial caused him to have limited availability. Although he was available on a single day prior to the current January 31, 2020 deadline, JaM's counsel was unavailable. The parties have agreed to schedule the deposition of Dr. Neal on February 13, 2020.

(b) The parties agreed that the deposition of JaM's rebuttal survey expert, Dr. Ran Kivetz, should occur after the deposition of Dr. Neal. The parties agreed to schedule the deposition of Dr. Kivetz on February 28, 2020.

(c) Accordingly, the parties have agreed to extend the January 31, 2020 expert discovery deadline—excluding damages expert discovery—through February 28, 2020.

IT IS SO STIPULATED.

DATED: January 27, 2020   Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

By: */s/ Gregory S. Gilchrist*
    GREGORY S. GILCHRIST

Attorneys for Defendant and Counterclaimant
The Wine Group LLC

DATED: January 27, 2020   Respectfully submitted,

DICKENSON, PEATMAN & FOGARTY

By: */s/ J. Scott Gerien*
    J. SCOTT GERIEN

Attorneys for Plaintiff and Counterdefendant
JaM Cellars, Inc.

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I, Gregory G. Gilchrist, attest that concurrence in the filing of this document has been obtained from the other signatory.

I declare under penalty of perjury under the laws of the United States that the foregoing is

true and correct.

Executed on January 27, 2020, at San Francisco, California.

*/s/ Gregory S. Gilchrist*
GREGORY S. GILCHRIST

## DECLARATION OF GREGORY GILCHRIST

1.  I am an attorney licensed to practice in State of California and am admitted to practice before this Court. I am a partner at the law firm of Kilpatrick Townsend & Stockton LLP, counsel for Defendant and Counterclaimant The Wine Group LLC ("TWG"). I have personal knowledge of the matters set forth in this declaration, and if called as a witness I would testify competently to those matters. I submit this declaration pursuant to Local Rule 6-2 and in support of Plaintiff JaM Cellars, Inc. ("JaM") and TWG's Second Joint Stipulation and [Proposed] Order to Extend Dates That Do Not Affect Court Deadlines.

2.  This is the third modification of the discovery deadlines in the case (see Dkt. Nos. 30, 32).

3.  The proposed modification will not affect any court-related dates, including the dispositive motion deadline, the pretrial conference, or trial. The current court dates are as follows:

| Event | Current Deadline | Proposed Revised Deadline |
| --- | --- | --- |
| Dispositive Motion Hearing Deadline | 3/12/2020 | (unchanged) |
| Pretrial Conference | 6/16/2020 | (unchanged) |
| 5-Day Jury Trial | 7/6/2020 | (unchanged) |

Currently the close of expert discovery—excluding damages expert discovery—is on January 31, 2020. Dkt. Nos. 30, 32.

4.  As reported in the stipulated request, there is good cause for a brief extension of the January 31, 2020 expert discovery deadline (for discovery other than damages). TWG's survey expert was traveling out of the country over the holidays and then had an upcoming trial that limited his availability prior to the January 31, 2020 deadline. Dr. Neal was available on one day

for his deposition prior to the January 31, 2020 deadline but JaM's counsel had a calendar conflict on that date. The parties met and conferred and agreed to schedule the deposition of Dr. Neal on February 13, 2020.

5. The parties have agreed that the deposition of JaM's rebuttal survey expert, Dr. Ran Kivetz, should occur after the deposition of Dr. Neal. The parties have agreed to schedule the deposition of Dr. Kivetz on February 28, 2020

6. The parties believe that all of the proposed changes are to address issues beyond their control and to maintain efficiency and the proper order of discovery. The proposed changes will not affect the Court's schedule.

I hereby declare under the penalty of perjury under the laws of the United States that the foregoing statements are true and correct.

Executed in San Francisco, California on the 27th day of January, 2020.

By: _____
GREGORY S. GILCHRIST

**ORDER**

Pursuant to stipulation, and good cause appearing, IT IS ORDERED THAT:

The close of expert discovery—excluding damages expert discovery—shall be extended to February 28, 2020. The damage expert discovery schedule and all other remaining deadlines are unchanged. See Dkt. 30, 32.

Dated: January 28, 2020

_____
Honorable Haywood S. Gilliam, Jr.
United States District Judge