KILPATRICK TOWNSEND & STOCKTON LLP
GREGORY S. GILCHRIST (State Bar No. 111536)
ggilchrist@kilpatricktownsend.com
Two Embarcadero Center, Suite 1900
San Francisco, CA 94111
Telephone: 415 576 0200
Facsimile: 415 576 0300

Attorneys for Defendant/Counterclaimant
THE WINE GROUP LLC

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| JAM CELLARS, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE WINE GROUP LLC, <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS | Civil Action No. Case No. 4:19-cv-01878-HSG <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING CASE DEADLINES** <br><br> Complaint Filed: April 8, 2019 <br><br> **JURY TRIAL DEMANDED** |

The parties had previously requested and been granted extensions to conduct additional expert and deposition discovery. The depositions were to occur before April 1, 2020; the expert discovery included provision for supplemental reports and discovery to be completed during the month of April. Part of the reason for the prior extensions involved potential cost savings in light of pending motions for summary judgment. The hearing on the motion for summary judgment has been postponed to April 16, 2020. Also, the discovery has been more difficult to organize due to the Coronavirus shelter in place orders affecting counsel and witnesses and the need to organize video depositions. Accordingly, and because it should not involve changing any court dates, the parties have agreed, with the Court's permission, to extend the dates for depositions and expert discovery to April 30 and May 31, 2020."

| Event | Current Deadline | Proposed Revised Deadline |
|---|---|---|
| Remaining depositions | 4/1/2020 | 4/30/2020 |
| Supplemental Expert Reports | 4/1/2020 | 5/1/2020 |
| Supplemental Rebuttal Expert Reports | 4/15/2020 | 5/15/2020 |
| Close of Expert Discovery | 4/30/2020 | 5/31/2020 |
| Hearing on Summary Judgment Motion | 4/16/2020 | 4/16/2020 |
| Pretrial Conference | 6/16/2020 | 6/16/2020 |
| 5-Day Jury Trial | 7/6/2020 | 7/6/2020 |

IT IS SO STIPULATED.

DATED: March 20, 2020      Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

By: */s/Gregory S. Gilchrist*
    GREGORY S. GILCHRIST

Attorneys for Defendant and Counterclaimant
The Wine Group LLC

DATED: March 20, 2020      Respectfully submitted,

DICKENSON, PEATMAN & FOGARTY

By: */s/J. Scott Gerien*
    J. SCOTT GERIEN

Attorneys for Plaintiff and Counterdefendant
JaM Cellars, Inc.

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I, Gregory G. Gilchrist, attest that concurrence in the filing of this document has been obtained from the other signatory.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on March 20, 2020, at San Francisco, California.

    */s/Gregory S. Gilchrist*
    Gregory S. Gilchrist

## DECLARATION OF GREGORY GILCHRIST

1. I am an attorney licensed to practice in State of California and am admitted to practice before this Court. I am a partner at the law firm of Kilpatrick Townsend & Stockton LLP, counsel for Defendant and Counterclaimant The Wine Group LLC ("TWG"). I have personal knowledge of the matters set forth in this declaration, and if called as a witness I would testify competently to those matters. I submit this declaration pursuant to Local Rule 6-2 and in support of Plaintiff JaM Cellars, Inc. ("JaM") and TWG's Stipulation to Extend Case Deadlines.

2. This modification will not affect the schedule for the case but for the identified discovery deadlines. The dispositive motion hearing deadline, pretrial conference, and trial dates remain unaltered.

3. JaM and TWG seek this stipulation in order to allow the parties sufficient time to complete discovery that has been delayed by the coronavirus and to preserve the order of the discovery with the hearing on the pending summary judgment motion.

I hereby declare under the penalty of perjury under the laws of the United States that the foregoing statements are true and correct.

Executed in San Francisco, California on the 20th day of March, 2020.

By: /s/Gregory S. Gilchrist
GREGORY S. GILCHRIST

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 3/20/2020

Honorable Haywood S. Gilliam, Jr.
United States District Judge