KILPATRICK TOWNSEND & STOCKTON LLP
GREGORY S. GILCHRIST (State Bar No. 111536)
ggilchrist@kilpatricktownsend.com
BEATRICE O'NEIL STRAND (State Bar No. 327791)
bstrnad@kilpatricktownsend.com
Two Embarcadero Center, Suite 1900
San Francisco, CA  94111
Telephone:   415 576 0200
Facsimile:    415 576 0300

NICHOLE DAVIS CHOLLET (*pro hac vice* application pending)
nchollet@kilpatricktownsend.com
1100 Peachtree Street NE, Suite 2800
Atlanta, GA  30309
Telephone:   404 815 6500
Facsimile:    404 815 6555

Attorneys for Defendant/Counterclaimant
THE WINE GROUP LLC

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| JAM CELLARS, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE WINE GROUP LLC, <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS | Civil Action No. Case No. 4:19-cv-01878-HSG <br><br> [PROPOSED] ORDER ON STIPULATION TO ACCELERATE BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO CONSOLIDATE <br><br> Judge: Hon. Haywood S. Gilliam Jr. |

This Court, having considered the stipulation filed by Plaintiff Jam Cellars, Inc. and Defendant The Wine Group LLC to accelerate the briefing schedule on Defendant's motion to consolidate,

IT IS HEREBY ORDERED that the stipulation is granted, Plaintiff's opposition to Defendant's motion to consolidate shall be due on May 5, 2020, and Defendant's reply in support

[PROPOSED] ORDER ON STIPULATION TO ACCELERATE BRIEFING SCHEDULE ON DEFENDANT'S MOTION CONSOLIDATE
CASE NO. 4:19-CV-01878-HSG

- 1 -

of its motion to consolidate shall be due on May 8, 2020.

IT IS FURTHER ORDERED that oral argument will not be held on the motion to consolidate.

IT IS SO ORDERED

Dated: _____4/29/2020_____

_____
Hon. Haywood S. Gilliam Jr.
United States District Judge