HANSON BRIDGETT LLP
NOEL M. COOK (SBN 122777)
ncook@hansonbridgett.com
GARNER K. WENG (SBN 191462)
gweng@hansonbridgett.com
JANIE L. THOMPSON (SBN 291622)
jthompson@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:     (415) 777-3200
Facsimile:      (415) 541-9366

DICKENSON, PEATMAN & FOGARTY
J. SCOTT GERIEN (SBN 184728)
sgerien@dpf-law.com
JOY L. DURAND (SBN 245413)
jdurand@dpf-law.com
1455 First Street, Suite 301
Napa, California 94559
Telephone:     (707) 252-7122
Facsimile:      (707) 255-6876

Attorneys for Plaintiff
JaM CELLARS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JaM CELLARS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>THE WINE GROUP LLC,<br><br>    Defendant. | Case No. 4:19-cv-01878-HSG<br>(Consolidated Case)<br><br>**PLAINTIFF JaM CELLARS, INC.'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:     July 9, 2020<br>Time:    2:00 p.m.<br>Dept:    Courtroom 2, 4th Floor<br>Judge:   Hon. Haywood S. Gilliam, Jr. |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on July 9, 2020, at 2:00 p.m., or as soon thereafter as the matter may be heard, in Courtroom 2 of the above-entitled Court, the Honorable Haywood S. Gilliam, Jr. presiding, Plaintiff JaM Cellars, Inc. ("Plaintiff" or "JaM") will and hereby does moves this Court for a preliminary injunction against Defendant The Wine Group LLC.

Specifically, JaM seeks an Order preliminarily restraining and enjoining Defendant The Wine Group LLC from: (1) using JAM by itself as a trade name or trademark in connection with wine; (2) using JAM (or a derivative such as JAMMY) in connection with wine in the form and manner as shown in Defendant's current label or package design; and (3) using JAM (or a derivative such as JAMMY) in connection with wine with the same or similar size, prominence, or emphasis in the use of JAM (or a derivative such as JAMMY) as shown in Defendant's current label or package design.

This Motion is based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities in Support Thereof, the Declarations of John Truchard, Joy Durand, and Janie Thompson, the pleadings and papers filed herein, and upon such other matters as may be presented to the Court at the time of the hearing.

DATED: May 14, 2020          HANSON BRIDGETT LLP

By:    */s/ Janie L. Thompson*
NOEL M. COOK
GARNER K. WENG
JANIE L. THOMPSON
Attorneys for Plaintiff
JaM CELLARS, INC.