KILPATRICK TOWNSEND & STOCKTON LLP
GREGORY S. GILCHRIST (State Bar No. 111536)
ggilchrist@kilpatricktownsend.com
BEATRICE STRNAD (State Bar No. 327791)
bstrnad@kilpatricktownsend.com
Two Embarcadero Center, Suite 1900
San Francisco, CA  94111
Telephone:    415 576 0200
Facsimile:    415 576 0300

NICHOLE DAVIS CHOLLET (Admitted *pro hac vice*)
nchollet@kilpatricktownsend.com
1100 Peachtree Street NE, Suite 2800
Atlanta, GA  30309
Telephone:    404 815 6500
Facsimile:    404 815 6555

Attorneys for Defendant/Counterclaimant
THE WINE GROUP LLC

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| JAM CELLARS, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE WINE GROUP LLC, <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS | Civil Action No. 4:19-cv-01878-HSG (Lead Case) <br><br> Civil Action No. 3:20-cv-02229-HSG <br><br> ~~PROPOSED~~ **ORDER GRANTING DEFENDANT THE WINE GROUP'S ADMINISTRATIVE MOTION TO EXTEND TIME TO FILE DECLARATION IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO SEAL (DKT. 92)** <br><br> Complaint Filed:    April 8, 2019 <br><br> **JURY TRIAL DEMANDED** |

The Court, having considered defendant The Wine Group's Administrative Motion to Extend Time to File Declaration in Support of Plaintiff's Administrative Motion to Seal (Dkt. 92) and good cause appearing, hereby grants this motion. The deadline for defendant to file its

ADMIN. MOTION TO EXTEND TIME
CASE NO. 4:19-CV-01878-HSG

- 1 -

1  declaration in support is extended to May 29, 2020.

2      IT IS SO ORDERED.

3

4  DATED: _____5/20/2020_____

5

6  _____
HONORABLE HAYWOOD S. GILLIAM, JR.
7  UNITED STATES DISTRICT JUDGE