KILPATRICK TOWNSEND & STOCKTON LLP
GREGORY S. GILCHRIST (State Bar No. 111536)
ggilchrist@kilpatricktownsend.com
BEATRICE STRNAD (State Bar No. 327791)
bstrnad@kilpatricktownsend.com
Two Embarcadero Center, Suite 1900
San Francisco, CA  94111
Telephone:   415 576 0200
Facsimile:    415 576 0300

NICHOLE DAVIS CHOLLET (Admitted *pro hac vice*)
nchollet@kilpatricktownsend.com
1100 Peachtree Street NE, Suite 2800
Atlanta, GA  30309
Telephone:   404 815 6500
Facsimile:    404 815 6555

Attorneys for Defendant
THE WINE GROUP LLC

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| JAM CELLARS, INC., | Civil Action Case No. 4:19-cv-01878-HSG |
|---|---|
| Plaintiff, | Civil Action Case No. 3:20-cv-02229-HSG |
| v. | |
| THE WINE GROUP LLC, | **[PROPOSED]** ORDER EXTENDING THE DEADLINE TO RESPOND TO THE MOTION FOR PRELIMINARY INJUNCTION |
| Defendant. | |
| | [Pursuant to Civil L.R. 3-12(b), a chambers copy of this proposed order is being lodged in the case listed below] |
| | Judge:    Hon. Haywood S Gilliam, Jr. |
| AND RELATED COUNTERCLAIMS | **JURY TRIAL DEMANDED** |



[PROPOSED] ORDER GRANTING MOTION TO EXTEND THE DEADLINE                                       - 1 -
TO RESPOND TO THE PRELIMINARY INJUNCTION

1  This Court, having considered the stipulation filed by Plaintiff JaM Cellars, Inc. and
2  Defendant The Wine Group LLC to extend the briefing schedule on Plaintiff's motion for
3  preliminary injunction,
4  IT IS HEREBY ORDERED that the stipulation is granted, Defendant's opposition to
5  Plaintiff's motion for preliminary injunction shall be due on June 8, 2020, and Plaintiff's reply in
6  support of its motion for preliminary injunction shall be due on June 22, 2020.
7  IT IS SO ORDERED.
8  Dated: 5/26/2020

*Haywood S. Gilliam, Jr.*
Haywood S. Gilliam, Jr.
United States District Judge

