DICKENSON, PEATMAN & FOGARTY
J. SCOTT GERIEN (SBN 184728)
sgerien@dpf-law.com
JOY L. DURAND (SBN 245413)
jdurand@dpf-law.com
1455 First Street, Suite 301
Napa, California 94559
Telephone:  (707) 252-7122
Facsimile:  (707) 255-6876

HANSON BRIDGETT LLP
NOEL M. COOK (SBN 122777)
ncook@hansonbridgett.com
GARNER K. WENG (SBN 191462)
gweng@hansonbridgett.com
JANIE L. THOMPSON (SBN 291622)
jthompson@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:  (415) 777-3200
Facsimile:  (415) 541-9366

Attorneys for Plaintiff
JAM CELLARS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JAM CELLARS, INC.,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>THE WINE GROUP LLC,<br><br>　　　　Defendant.<br>───────────────────<br>AND RELATED COUNTERCLAIMS | Civil Action No. Case No. 4:19-cv-01878-HSG<br><br>Civil Action No. Case No. 3:20-cv-02229-HSG<br><br>**STIPULATED DISMISSAL WITH PREJUDICE; [PROPOSED ORDER]** |

1   IT IS HEREBY STIPULATED by and between the parties to this action through their
2   designated counsel that the above captioned actions, including all claims and counterclaims, be
3   DISMISSED WITH PREJUDICE in their entireties with each party to bear its own costs and
4   attorneys' fees.

Respectfully Submitted,

Dated: June 29, 2020         DICKENSON, PEATMAN & FOGARTY

/s/ J. Scott Gerien
J. Scott Gerien

1455 First Street, Suite 301
Napa, California 94559
Telephone: (707) 252-7122
Facsimile: (707) 255-6876

Attorneys for Plaintiff,
JAM CELLARS, INC.

Dated: June 29, 2020         KILPATRICK TOWNSEND & STOCKTON LLP

/s/ Gregory S. Gilchrist
Gregory S. Gilchrist

Two Embarcadero Center, Suite 1900
San Francisco, CA 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300

Attorneys for Defendant,
THE WINE GROUP LLC

[PROPOSED] ORDER

IT IS SO ORDERED.

DATED: _____, 2020    _____
                                       HONORABLE HAYWOOD S. GILLIAM, JR.
                                       UNITED STATES DISTRICT JUDGE

STIPULATED DISMISSAL WITH PREJUDICE        3           CASE NO. 4:19-cv-01878-HSG
                                                       CASE NO. 3:20-cv-02229-CRB