1  DICKENSON, PEATMAN & FOGARTY
   J. SCOTT GERIEN (SBN 184728)
2  sgerien@dpf-law.com
   JOY L. DURAND (SBN 245413)
3  jdurand@dpf-law.com
   1455 First Street, Suite 301
4  Napa, California 94559
   Telephone:    (707) 252-7122
5  Facsimile:    (707) 255-6876

6  HANSON BRIDGETT LLP
   NOEL M. COOK (SBN 122777)
7  ncook@hansonbridgett.com
   GARNER K. WENG (SBN 191462)
8  gweng@hansonbridgett.com
   JANIE L. THOMPSON (SBN 291622)
9  jthompson@hansonbridgett.com
   425 Market Street, 26th Floor
10 San Francisco, California 94105
   Telephone:    (415) 777-3200
11 Facsimile:    (415) 541-9366

12 Attorneys for Plaintiff
   JAM CELLARS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JAM CELLARS, INC.,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>THE WINE GROUP LLC,<br><br>　　　　Defendant.<br>———————————————<br>AND RELATED COUNTERCLAIMS | Civil Action No. Case No. 4:19-cv-01878-HSG<br><br>(Civil Action No. Case No. 4:20-cv-02229-HSG-consolidated case)<br><br>**STIPULATED DISMISSAL WITH PREJUDICE; ORDER** |

1  IT IS HEREBY STIPULATED by and between the parties to this action through their
2  designated counsel that the above captioned actions, including all claims and counterclaims, be
3  DISMISSED WITH PREJUDICE in their entireties with each party to bear its own costs and
4  attorneys' fees.

Respectfully Submitted,

Dated: June 29, 2020               DICKENSON, PEATMAN & FOGARTY

/s/ J. Scott Gerien
J. Scott Gerien

1455 First Street, Suite 301
Napa, California 94559
Telephone: (707) 252-7122
Facsimile: (707) 255-6876

Attorneys for Plaintiff,
JAM CELLARS, INC.

Dated: June 29, 2020               KILPATRICK TOWNSEND & STOCKTON LLP

/s/ Gregory S. Gilchrist
Gregory S. Gilchrist

Two Embarcadero Center, Suite 1900
San Francisco, CA 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300

Attorneys for Defendant,
THE WINE GROUP LLC

ORDER

1

2   IT IS SO ORDERED.

3

4   DATED: June 30, 2020

                              HONORABLE HAYWOOD S. GILLIAM, JR.

5                                 UNITED STATES DISTRICT JUDGE